**Angelete WILDER, Claimant–Appellant,**

v.

**Jim NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 04–7110.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2005.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.